A CERTIFIED TRUE COPY

MAR 1 5 2005

ATTEST _Thomas B. Stewart_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 5 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

*Assurant Health, Inc., et al. v. Pfizer, Inc., et al.*, D. New Jersey, C.A. No. 2:05-95

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Assurant*) on February 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Assurant* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on February 8, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1629**
**IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION**

John A. Boyle
Marino & Associates
One Newark Center
Ninth Floor
Newark, NJ 07102-5211

Annamarie A. Daley
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Neal H. Klausner
Davis & Gilbert
74 Sherwood Road
Tenafly, NJ 07670

David J. Novack
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN1000
Short Hills, NJ 07078-0999

Richard G. Placey
Montgomery, McCracken, Walker & Rhoads
Liberty View, 6th Floor
457 Haddonfield Road
Cherry Hill, NJ 08002

ARBITRATION

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00095-JAP-MCA

ASSURANT HEALTH, INC. et al v. PFIZER, INC. et al

Assigned to: Judge Joel A. Pisano

Referred to: Magistrate Judge Madeline C. Arleo

Cause: 28:1441 Notice of Removal

Date Filed: 01/05/2005

Jury Demand: Plaintiff

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

**Plaintiff**

**ASSURANT HEALTH, INC.**
*a Wisconsin corporation*

represented by **DAVID J NOVACK**
BUDD LARNER, PC
150 JOHN F. KENNEDY PARKWAY
CN1000
SHORT HILLS, NJ 07078-0999
(973) 379-4800
Email: dnovack@budd-larner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD J. CAMPIONE**
BUDD, LARNER, P.C.
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078
(973) 379-4800
Email: rcampione@budd-larner.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**
*a Florida corporation, and its wholly-owned subsidiary, HEALTH OPTIONS, INC., a Florida corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,**
*doing business as BLUE CROSS and BLUE SHIELD OF LOUISIANA, a Louisiana corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS**
*a Massachusetts corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
*and its wholly-owned subsidiary,*
*BLUE CARE NETWORK, INC.,*
*Michigan corporations*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD OF MINNESOTA**
*a Minnesota corporation, and a*
*subsidiary of AWARE INTEGRATED,*
*INC., and its wholly-owned*
*subsidiaries COMPREHENSIVE*
*CARE SERVICES, INC., a Minnesota*
*corporation, FIRST PLAN OF*
*MINNESOTA, a Minnesota*
*corporation, ATRIUM HEALTH*
*PLAN, INC., et al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GROUP HEALTH SERVICES OF OKLAHOMA, INC.**
*doing business as BLUE CROSS AND*
*BLUE SHIELD OF OKLAHOMA, an*
*Oklahoma corporation and its*
*wholly-owned subsidiary GROUP*
*HEALTH MAINTENANCE*
*ORGANIZATION, INC., doing*
*business as BLUECLINICS HMO, an*
*Oklahoma corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAREFIRST, INC.**
*a Maryland corporation, and its*
*wholly-owned subsidiaries,*
*CAREFIRST OF MARYLAND, INC., a*
*Maryland corporation, WILLSE &*
*ASSOCIATES, INC., a Maryland*
*corporation; CFS HEALTH GROUP,*
*INC., a Maryland corporation,*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*DELMARVA HEALTH PLAN, INC., et. al.*

### Plaintiff

**EXCELLUS HEALTH PLAN, INC.**
*a New York corporation, and its wholly-owned subsidiary EXCELLUS BENEFIT SERVICES, INC., a New York corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota mutual company; HEALTH CARE SERVICE CORPORATION, an Illinois Mutual Legal Reserve Co., et. al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**TRUSTMARK INSURANCE COMPANY,**
*a Delaware corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**WELLCHOICE, INC.**
*a Delaware corporation, and its wholly-owned subsidiary EMPIRE HEALTHCHOICE ASSURANCE, INC., a New York corporation, doing business as EMPIRE BLUE CROSS BLUE SHIELD and EMPIRE EMPIRE BLUE CROSS, and its wholly-owned subsidiaries, et. al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**WELLCHOICE INSURANCE OF NEW JERSEY, INC.**
*a New Jersey corporation and a wholly-owned subsidiary of EMPIRE HEALTHCHOICE ASSURANCE, INC., a New York corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**PFIZER, INC.**
*a Delaware corporation, and its wholly-owned subsidiary*

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.

*WARNER-LAMBERT COMPANY*

LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLINE, DAVIS & MANN, INC.**          represented by  **JOHN A. BOYLE**
*a New York corporation*                              MARINO & ASSOCIATES
                                                      ONE NEWARK CENTER
                                                      NINTH FLOOR
                                                      NEWARK, NJ 07102-5211
                                                      973-783-2343
                                                      Email: jboyle@khmarino.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **NEAL H. KLAUSNER**
                                                      DAVIS & GILBERT
                                                      74 SHERWOOD ROAD
                                                      TENAFLY, NJ 07670
                                                      (201)568-0250
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**LODEWIJK J.R. DE VINK**          represented by  **JOHN A. BOYLE**
*a resident of New Jersey*                         (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY WILD**          represented by  **JOHN A. BOYLE**
*a resident of New Jersey*                 (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/05/2005 | 1 | NOTICE OF REMOVAL by PFIZER, INC., CLINE, DAVIS & MANN, INC., LODEWIJK J.R. DE VINK, ANTHONY WILD from SUPERIOR COURT OF BERGEN COUNTY, case number L-13792-04. (Filing fee $ 150 receipt number 328443) (Attachments: # 1 NTC. OF FILING# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(dj, ) |

3/21/2005 3:13 PM

|  |  | Additional attachment(s) added on 1/12/2005 (dj, ). (Entered: 01/11/2005) |
|---|---|---|
| 01/11/2005 |  | CASE REFERRED to Arbitration. (dj, ) (Entered: 01/11/2005) |
| 01/12/2005 | 2 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 3 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendants. Attorney RICHARD G. PLACEY and RICHARD G. PLACEY for PFIZER, INC. added. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(PLACEY, RICHARD) (Entered: 01/12/2005) |
| 01/12/2005 | 5 | Application and Clerk's Order to extend time to answer Granted. Attorney RICHARD G. PLACEY for PFIZER, INC. added Order extended through 1/27/05. (dh, ) (Entered: 01/14/2005) |
| 01/14/2005 | 6 | NOTICE by LODEWIJK J.R. DE VINK, ANTHONY WILD re 1 Notice of Removal, *Joinder of Lodewijk J.R. De Vink and Anthony Wild in Notice of Removal* (PLACEY, RICHARD) (Entered: 01/14/2005) |
| 01/18/2005 | 8 | ORDER admitting Annemarie A. Daley, Mark Ireland and Sonya C. Seidl to appear pro hac vice on behalf of pltf., Assurant Health, Inc.. Signed by Judge Madeline C. Arleo on 1/18/05. (cs, ) (Entered: 01/24/2005) |
| 01/24/2005 | 7 | STATEMENT by PFIZER, INC.. (PLACEY, RICHARD) (Entered: 01/24/2005) |
| 02/04/2005 | 9 | Notice of Intent to submit a Dispositive motion for REMAND TO THE SUPERIOR COURT OF NEW JERSEY ETC. by BLUE CROSS AND BLUE SHIELD OF MICHIGAN, BLUE CROSS AND BLUE SHIELD OF MINNESOTA, GROUP HEALTH SERVICES OF OKLAHOMA, INC., CAREFIRST, INC., EXCELLUS HEALTH PLAN, INC., TRUSTMARK INSURANCE COMPANY,, WELLCHOICE, INC., WELLCHOICE INSURANCE OF NEW JERSEY, INC., ASSURANT HEALTH, INC., BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,, BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS (JB, ) (Entered: 02/04/2005) |
| 02/11/2005 | 10 | Substitution of Attorney - Attorney JOHN A. BOYLE and JOHN A. BOYLE for CLINE, DAVIS & MANN, INC. and LODEWIJK J.R. DE VINK added.. (Attachments: # 1 Certificate of Service)(BOYLE, JOHN) (Entered: 02/11/2005) |
| 02/11/2005 | 11 | Substitution of Attorney - Attorney JOHN A. BOYLE and JOHN A. BOYLE for LODEWIJK J.R. DE VINK and ANTHONY WILD |

| | | added.. (Attachments: # 1 Certificate of Service)(BOYLE, JOHN) (Entered: 02/11/2005) |
|---|---|---|
| 02/16/2005 | 12 | CONSENT ORDER admitting Scott A. Eldman, Esq. and Hung G. Ta, Esq. to appear pro hac vice on behalf of dfts., Lodewijk J. R. De Vink and Anthony Wild. Signed by Judge Madeline C. Arleo on 2/10/05. (cs, ) (Entered: 02/17/2005) |
| 02/17/2005 | 13 | Notice of Intent to submit a Dispositive cross motion to defer rulling on remand pending by PFIZER, INC.and Warner-Lambert Company in ooposition to palintiff motion to remand. (JB, ) (Entered: 02/18/2005) |
| 02/17/2005 | 14 | CONSENT ORDER extending time for all dfts. to respond to Complaint and Discovery until 3/17/05. Signed by Judge Madeline C. Arleo on 2/8/05. (cs, ) (Entered: 02/18/2005) |
| 02/17/2005 | | Update Answer Due Deadline as to dfts., Pfizer Inc.(Warner Lambert Co.), Lodewijk J.R. DeVink, Cline, Davis & Mann, Inc. and Anthony Wild to 3/17/05. (cs, ) (Entered: 02/18/2005) |
| 02/25/2005 | 15 | MOTION to Remand by ASSURANT HEALTH, INC.. (Attachments: # 1 Brief In Support to Remand and In Opposition to Cross Motion# 2 Affidavit of David J. Novack, Esq.# 3 Exhibit A-E# 4 Exhibit F(part 1)# 5 Exhibit F(part 2)# 6 Exhibit G-I# 7 Exhibit J-K# 8 Exhibit L# 9 Text of Proposed Order # 10 Civil Cover Sheet Cover letter# 11 Brief In Opposition to Plaintiff's Motion to Remand and In Support of Cross Motion to Defer Ruling# 12 Affidavit of Richard G. Placey, Esq.# 13 Exhibit Tab 1# 14 Exhibit Tab 2# 15 Exhibit Tab 2-A# 16 Exhibit Tab 2-B# 17 Exhibit Tab 2-C# 18 Exhibit D-1# 19 Exhibit Tab 2-D2# 20 Exhibit Tab 2-D3# 21 Exhibit Tab 3# 22 Exhibit Tab 4-1# 23 Exhibit Tab 4-2# 24 Text of Proposed Order # 25 Supplement Notice of Cross Motion# 26 Certificate of Service # 27 Civil Cover Sheet Plaintiff's Cover Letter# 28 Brief Plaintiff's Reply Brief# 29 Affidavit of Ronald J. Campione, Esq.# 30 Exhibit A-E# 31 Exhibit F-G# 32 Exhibit I-K# 33 Exhibit L-M# 34 Certificate of Service)(CAMPIONE, RONALD) (Entered: 02/25/2005) |
| 03/09/2005 | | Set/Reset Deadlines as to 15 MOTION to Remand. Motion Hearing set for 3/28/2005 10:00 AM in Newark - Courtroom 2 before Judge Joel A. Pisano. MOTION SHALL BE DECEIDED PURSUANT TO RULE 78-NO APPEARANCE REQUIRED AT THIS TIME. (tt, ) (Entered: 03/09/2005) |
| 03/17/2005 | 16 | Letter from Mark Ireland regarding withdrawal of Plaintiffs opposition to a MDL Conditional Transfer Order issued on 2/8/05, etc.. (dc, ) (Entered: 03/18/2005) |

## PACER Service Center

| **Transaction Receipt** | | | |
|---|---|---|---|
| 03/21/2005 15:11:02 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00095-JAP-MCA Start date: 1/1/1970 End date: 3/21/2005 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |