UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

50 WALNUT STREET
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH   Clerk

OFFICE OF THE CLERK
USDC FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

CAMDEN OFFICE
JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

DATE: 3/28/05

Re: ASSURANT HEALTH V PFIZER, ETAL
Civil Docket No. 05-95    DIST OF MA. # 1:05cv10535 PBS

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the MDL Order dated 3/24/05. Also enclosed is a Certified Copy of the Docket Sheet. You can obtain the original record by accessing CM/ECF through PACER.. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: /s/ Jane DelleMonache
    Jane DelleMonache
    Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____.

**YOUR CIVIL DOCKET NUMBER:** _____.

ARBITRATION, CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00095-JAP-MCA
### Internal Use Only

ASSURANT HEALTH, INC. et al v. PFIZER, INC. et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1441 Notice of Removal

Date Filed: 01/05/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**ASSURANT HEALTH, INC.**
*a Wisconsin corporation*

represented by **DAVID J NOVACK**
BUDD LARNER, PC
150 JOHN F. KENNEDY PARKWAY
CN1000
SHORT HILLS, NJ 07078-0999
(973) 379-4800
Email: dnovack@budd-larner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD J. CAMPIONE**
BUDD, LARNER, P.C.
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078
(973) 379-4800
Email: rcampione@budd-larner.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**
*a Florida corporation, and its wholly-owned subsidiary, HEALTH OPTIONS, INC., a Florida corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,**
*doing business as BLUE CROSS and BLUE SHIELD OF LOUISIANA, a Louisiana corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD**

represented by **DAVID J NOVACK**

**OF MASSACHUSETTS**
*a Massachusetts corporation*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
*and its wholly-owned subsidiary, BLUE CARE NETWORK, INC., Michigan corporations*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**BLUE CROSS AND BLUE SHIELD OF MINNESOTA**
*a Minnesota corporation, and a subsidiary of AWARE INTEGRATED, INC., and its wholly-owned subsidiaries COMPREHENSIVE CARE SERVICES, INC., a Minnesota corporation, FIRST PLAN OF MINNESOTA, a Minnesota corporation, ATRIUM HEALTH PLAN, INC., et al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**GROUP HEALTH SERVICES OF OKLAHOMA, INC.**
*doing business as BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, an Oklahoma corporation and its wholly-owned subsidiary GROUP HEALTH MAINTENANCE ORGANIZATION, INC., doing business as BLUECLINICS HMO, an Oklahoma corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**CAREFIRST, INC.**
*a Maryland corporation, and its wholly-owned subsidiaries, CAREFIRST OF MARYLAND, INC., a Maryland corporation, WILLSE & ASSOCIATES, INC., a Maryland corporation; CFS HEALTH GROUP, INC., a Maryland corporation, DELMARVA HEALTH PLAN, INC., et. al.*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**EXCELLUS HEALTH PLAN, INC.**
*a New York corporation, and its wholly-owned subsidiary EXCELLUS BENEFIT SERVICES, INC., a New York*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*corporation;* FEDERATED MUTUAL
INSURANCE COMPANY, *a Minnesota
mutual company;* HEALTH CARE
SERVICE CORPORATION, *an Illinois
Mutual Legal Reserve Co., et. al*

### Plaintiff

**TRUSTMARK INSURANCE
COMPANY,**
*a Delaware corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Plaintiff

**WELLCHOICE, INC.**
*a Delaware corporation, and its wholly-
owned subsidiary EMPIRE
HEALTHCHOICE ASSURANCE, INC.,
a New York corporation, doing business
as EMPIRE BLUE CROSS BLUE
SHIELD and EMPIRE EMPIRE BLUE
CROSS, and its wholly-owned
subsidiaries, et. al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Plaintiff

**WELLCHOICE INSURANCE OF
NEW JERSEY, INC.**
*a New Jersey corporation and a wholly-
owned subsidiary of EMPIRE
HEALTHCHOICE ASSURANCE, INC.,
a New York corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

### Defendant

**PFIZER, INC.**
*a Delaware corporation, and its wholly-
owned subsidiary WARNER-LAMBERT
COMPANY*

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Defendant

**CLINE, DAVIS & MANN, INC.**
*a New York corporation*

represented by **JOHN A. BOYLE**
MARINO & ASSOCIATES
ONE NEWARK CENTER

NINTH FLOOR
NEWARK, NJ 07102-5211
973-783-2343
Email: jboyle@khmarino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NEAL H. KLAUSNER**
DAVIS & GILBERT
74 SHERWOOD ROAD
TENAFLY, NJ 07670
(201)568-0250
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LODEWIJK J.R. DE VINK**
*a resident of New Jersey*

represented by **JOHN A. BOYLE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY WILD**
*a resident of New Jersey*

represented by **JOHN A. BOYLE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | NOTICE OF REMOVAL by PFIZER, INC., CLINE, DAVIS & MANN, INC., LODEWIJK J.R. DE VINK, ANTHONY WILD from SUPERIOR COURT OF BERGEN COUNTY, case number L-13792-04. (Filing fee $ 150 receipt number 328443) (Attachments: # 1 NTC. OF FILING# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(dj, ) Additional attachment(s) added on 1/12/2005 (dj, ). (Entered: 01/11/2005) |
| 01/11/2005 | | CASE REFERRED to Arbitration. (dj, ) (Entered: 01/11/2005) |
| 01/12/2005 | 2 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 3 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendants. Attorney RICHARD G. PLACEY and RICHARD G. PLACEY for PFIZER, INC. added. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(PLACEY, RICHARD) (Entered: 01/12/2005) |
| 01/12/2005 | 5 | Application and Clerk's Order to extend time to answer Granted. |

| | | |
|---|---|---|
| | | Attorney RICHARD G. PLACEY for PFIZER, INC. added Order extended through 1/27/05. (dh, ) (Entered: 01/14/2005) |
| 01/14/2005 | ●6 | NOTICE by LODEWIJK J.R. DE VINK, ANTHONY WILD re 1 Notice of Removal, *Joinder of Lodewijk J.R. De Vink and Anthony Wild in Notice of Removal* (PLACEY, RICHARD) (Entered: 01/14/2005) |
| 01/18/2005 | ●8 | ORDER admitting Annemarie A. Daley, Mark Ireland and Sonya C. Seidl to appear pro hac vice on behalf of pltf., Assurant Health, Inc.. Signed by Judge Madeline C. Arleo on 1/18/05. (cs, ) (Entered: 01/24/2005) |
| 01/24/2005 | ●7 | STATEMENT by PFIZER, INC.. (PLACEY, RICHARD) (Entered: 01/24/2005) |
| 02/04/2005 | ●9 | Notice of Intent to submit a Dispositive motion for REMAND TO THE SUPERIOR COURT OF NEW JERSEY ETC. by BLUE CROSS AND BLUE SHIELD OF MICHIGAN, BLUE CROSS AND BLUE SHIELD OF MINNESOTA, GROUP HEALTH SERVICES OF OKLAHOMA, INC., CAREFIRST, INC., EXCELLUS HEALTH PLAN, INC., TRUSTMARK INSURANCE COMPANY,, WELLCHOICE, INC., WELLCHOICE INSURANCE OF NEW JERSEY, INC., ASSURANT HEALTH, INC., BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,, BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS (JB, ) (Entered: 02/04/2005) |
| 02/11/2005 | ●10 | Substitution of Attorney - Attorney JOHN A. BOYLE and JOHN A. BOYLE for CLINE, DAVIS & MANN, INC. and LODEWIJK J.R. DE VINK added.. (Attachments: # 1 Certificate of Service)(BOYLE, JOHN) (Entered: 02/11/2005) |
| 02/11/2005 | ●11 | Substitution of Attorney - Attorney JOHN A. BOYLE and JOHN A. BOYLE for LODEWIJK J.R. DE VINK and ANTHONY WILD added.. (Attachments: # 1 Certificate of Service)(BOYLE, JOHN) (Entered: 02/11/2005) |
| 02/16/2005 | ●12 | CONSENT ORDER admitting Scott A. Eldman, Esq. and Hung G. Ta, Esq. to appear pro hac vice on behalf of dfts., Lodewijk J. R. De Vink and Anthony Wild. Signed by Judge Madeline C. Arleo on 2/10/05. (cs, ) (Entered: 02/17/2005) |
| 02/17/2005 | ●13 | Notice of Intent to submit a Dispositive cross motion to defer rulling on remand pending by PFIZER, INC.and Warner-Lambert Company in ooposition to palintiff'motion to remand. (JB, ) (Entered: 02/18/2005) |
| 02/17/2005 | ●14 | CONSENT ORDER extending time for all dfts. to respond to Complaint and Discovery until 3/17/05. Signed by Judge Madeline C. Arleo on 2/8/05. (cs, ) (Entered: 02/18/2005) |
| 02/17/2005 | ● | Update Answer Due Deadline as to dfts., Pfizer Inc.(Warner Lambert Co.), Lodewijk J.R. DeVink, Cline, Davis & Mann, Inc. and Anthony Wild to 3/17/05. (cs, ) (Entered: 02/18/2005) |

| | | |
|---|---|---|
| 02/25/2005 | 15 | MOTION to Remand by ASSURANT HEALTH, INC.. (Attachments: # 1 Brief In Support to Remand and In Opposition to Cross Motion# 2 Affidavit of David J. Novack, Esq.# 3 Exhibit A-E# 4 Exhibit F(part 1)# 5 Exhibit F(part 2)# 6 Exhibit G-I# 7 Exhibit J-K# 8 Exhibit L# 9 Text of Proposed Order # 10 Civil Cover Sheet Cover letter# 11 Brief In Opposition to Plaintiff's Motion to Remand and In Support of Cross Motion to Defer Ruling# 12 Affidavit of Richard G. Placey, Esq.# 13 Exhibit Tab 1# 14 Exhibit Tab 2# 15 Exhibit Tab 2-A# 16 Exhibit Tab 2-B# 17 Exhibit Tab 2-C# 18 Exhibit D-1# 19 Exhibit Tab 2-D2# 20 Exhibit Tab 2-D3# 21 Exhibit Tab 3# 22 Exhibit Tab 4-1# 23 Exhibit Tab 4-2# 24 Text of Proposed Order # 25 Supplement Notice of Cross Motion# 26 Certificate of Service # 27 Civil Cover Sheet Plaintiff's Cover Letter# 28 Brief Plaintiff's Reply Brief# 29 Affidavit of Ronald J. Campione, Esq.# 30 Exhibit A-E# 31 Exhibit F-G# 32 Exhibit I-K# 33 Exhibit L-M# 34 Certificate of Service)(CAMPIONE, RONALD) (Entered: 02/25/2005) |
| 03/09/2005 | | Set/Reset Deadlines as to 15 MOTION to Remand. Motion Hearing set for 3/28/2005 10:00 AM in Newark - Courtroom 2 before Judge Joel A. Pisano. MOTION SHALL BE DECEIDED PURSUANT TO RULE 78- NO APPEARANCE REQUIRED AT THIS TIME. (tt, ) (Entered: 03/09/2005) |
| 03/14/2005 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Status Conference call held on 3/14/2005. (jl, ) (Entered: 03/24/2005) |
| 03/17/2005 | 16 | Letter from Mark Ireland regarding withdrawal of Plaintiffs opposition to a MDL Conditional Transfer Order issued on 2/8/05, etc.. (dc, ) (Entered: 03/18/2005) |
| 03/21/2005 | 17 | MDL 1629 ORDER lifiting stay of conditional transfer order (jd, ) Additional attachment(s) added on 3/28/2005 (cs, ). Modified on 3/28/2005 (cs, ). (Entered: 03/21/2005) |
| 03/22/2005 | 18 | ORDER further extending time for all defts. to respond to the complt. pending MDL transfer. Signed by Judge Madeline C. Arleo on 03/15/05. (nr, ) (Entered: 03/23/2005) |
| 03/28/2005 | | ***Civil Case Terminated. (jd, ) (Entered: 03/28/2005) |

Certified as a true copy on
This Date: 3-28-05
By: [signature] Menache
( ) Clerk
(X) Deputy