UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ASSURANT HEALTH, INC., ET. AL. v. PFIZER INC., ET AL. | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

COMES NOW, Mark Ireland, of Robins, Kaplan, Miller & Ciresi L.L.P., counsel for Plaintiffs Assurant Health, Inc., et al. v. Pfizer, Inc., et al., Civil Action No. 1:05-cv-10535, and hereby enters his appearance in this matter and requests that copies of all pleadings be sent to the following addresses:

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Mark Ireland
Annamarie A. Daley, Esq.
Mark Ireland, Esq.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phone :        (612) 349-8431
Facsimile:    (612) 339-4181

and

        /s/ James S. Harrington
        James S. Harrington, Esq.
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        800 Boylston Street
        Suite 2500
        Boston, MA 02199
        Phone :   (617) 267-2300
        Facsimile:   (617) 267-8288

## **CERTIFICATE OF SERVICE**

I, James S. Harrington, hereby certify that on the 28th day of April, 2005, I served a true and correct copy of the foregoing document via U.S. Mail, first class postage prepaid, to the all counsel.

        /s/ James S. Harrington

Word 20133058.1